COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  In re Anchor Development Group, LLC

Appellate case number:  01-21-00226-CV

Trial court case number:  2018-72333

Trial court:  55th District Court of Harris County

Relator, Anchor Development Group, LLC, has filed a petition for a writ of mandamus.  The Court requests a response to the petition from the real party in interest, Ana Josefa Garcia de los Salmones, as Trustee of the F.E.F.Y. Trust.  **The response, if any, is due to be filed with this Court no later than 10 days of the date of this order.**

It is so ORDERED.

Judge's signature:  ____/s/ Amparo Guerra_____
          ☑ Acting individually    □ Acting for the Court

Date:  ___May 11, 2021____